IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ARTEZ OLIVER                                                                                    PLAINTIFF

v.                           CASE NO. 3:17CV00039 BSM

DELL COOK, et al.                                                                            DEFENDANTS

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 4] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Artez Oliver's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action constitutes a strike within the meaning of the Prison Litigation Reform Act (PLRA). *See* 28 U.S.C. § 1915(g). Finally, an *in forma pauperis* appeal from the order and judgment dismissing this action will not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE