IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARTEZ OLIVER**     **PLAINTIFF**

**v.**     **CASE NO. 3:17CV00039 BSM**

**DELL COOK, et al.**     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

DATED this 14th day of April 2017.

_____
UNITED STATES DISTRICT JUDGE